Jordan M. Jones, Esq. SBN 344487
STINAR LANNEN, PLLC
360 E 2nd St., Suite 820
Los Angeles, CA 90012
Tel: (213) 993-0360
Email: Jordan@StinarLannenLaw.com
*Counsel for Plaintiff*

Patrick C. Lannen, Esq. (*Pro Hac Vice*)
Symone D. Shinton, Esq. (*Pro Hac Vice*)
Brooke A. Seely, Esq. (*Pro Hac Vice*)
STINAR LANNEN, PLLC
280 W. Maple Rd., Ste. 230
Birmingham, Michigan 48009
Phone: (213) 223-6640
Fax: (248) 565-2691
Patrick@StinarLannenLaw.com
Symone@StinarLannenLaw.com
Brooke@StinarLannenLaw.com
*Counsel for Plaintiff*

Christopher Romero (State Bar No. 270705)
Ryan Miller (State Bar No. 256799)
CUMMINGS, McCLOREY, DAVIS,
ACHO, AND ASSOCIATES, PC
3801 University Avenue, Suite 560
Riverside, California 92501
Tel: (951) 276-4420
Fax: (951) 276-4405
Email: cromero@cmda-law.com
rmiller@cmda-law.com
*Counsel for Defendant County of San Bernardino*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JANE N.S. DOE

PLAINTIFF,

vs.

COUNTY OF SAN BERNARDINO, et al.

Case No.:
5:26−cv−00962−KK−SP

Hon. Kenly Kiya Kato
Magistrate Judge Sheri Pym

**ORDER RE JOINT STIPULATION OF DISMISSAL**

DEFENDANTS.

This Court, having reviewed the parties' Joint Stipulation of Dismissal, and having found good cause shown, hereby GRANTS the Stipulation and deems the case dismissed without prejudice.

**SO ORDERED.**

Dated: July 19, 2026

Hon. Kenly Kiya Kato
United States District Court Judge